# 327

No. 63313.—Metasco, Inc. *v.* United States, protest 58/2648 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of enlargers similar in all material respects to those the subject of *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C.D. 1874), the claim of the plaintiff was sustained.

No. 63314.—Traveler Trading Co. *v.* United States, protest 311905–K(A) (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C.D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d)).

No. 63315.—Axel Zacho and James Loudon & Co., Inc., et al. *v.* United States, protests 184235–K, etc. (Los Angeles).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consist of candlesticks and candelabras similar in all material respects to those the subject of Abstract 62036, except that they are not plated with platinum, gold, or silver, nor colored with gold lacquer, the claim of the plaintiffs was sustained.